# United States District Court
# District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2007

May 3, 2007

GREGORY C. LANGHAM
CLERK

Mr. Gregory C. Langham, Clerk
Alfred A. Arraj United States Courthouse, 2nd Floor
901 19th Street
Denver, CO 80294

07-cv-556-WDM-MJW

In re:  MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
        YOUR CASE NUMBER: C.A. No. 1:07cv556    Kamran, etal v. Guidant Corp
        DISTRICT OF MINNESOTA CASE NUMBER:  07cv2163 DWF/AJB

Dear Mr. Langham:

An certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on    May 2, 2007    Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
    Judicial Panel on Multidistrict Litigation

**A CERTIFIED TRUE COPY**
APR 27 2007
ATTEST [signature] Stone
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05-1708 DWF

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1708**

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION***

*Arif Kamran, et al. v. Guidant Corp., et al.,* D. Colorado, C.A. No. 1:07-556   07-2163

***CONDITIONAL TRANSFER ORDER (CTO-31)***

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 392 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A true printed copy in ___1___ sheet(s) of the electronic record filed on 5-2-07 in the United States District Court for the District of Minnesota.
CERTIFIED, 5-3-07, 20__.
RICHARD D. SLETTEN
[signature] Deputy Clerk

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 27 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:
[signature]
Jeffery N. Lüthi
Clerk of the Panel

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2007
GREGORY C. LANGHAM
CLERK

SCANNED
MAY 03 2007
U.S. DISTRICT COURT MPLS